IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAGARY DIXSON,             § | | |
| Plaintiff,             § | | |
| § | | |
| v.             § | No. 3:11-CV-00543-K | |
| § | | |
| COMMISSIONER OF THE             § | | |
| SOCIAL SECURITY ADMINISTRATION, § | | |
| Defendant.             § | | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Objections were filed on May 15, 2012.  The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are **OVERRULED.**

The Commissioner's decision is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED.**

**Signed** this 21st day of May, 2012.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE